UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_Eastern_ DIVISION

**FILED**

NOV 29 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

Brenda Moore
**NAME OF THE PLAINTIFF**

- vs -

Universal Printing

**NAME OF THE DEFENDANT OR DEFENDANTS** (Enter above the full name(s) of ALL defendant(s) in this lawsuit. Please attach additional sheets if necessary.

Case No.

**4:06CV01720MLM**

JURY TRIAL DEMANDED

YES ✓   NO ___

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe) __Civil Rights Enforcement Agency__

### PARTIES

2. Plaintiff's name: __Brenda Moore__

   Plaintiff's address: __612 January Ave.__
   Street address or P.O. Box

   __St. Louis Mo. 63135__
   City/ County/ State/Zip Code

   __(314) 521-0100__
   Area code and telephone number

3. Defendant's name: __Universal Printing__

   Defendant's address: __1234 S. Kings highway__
   Street address or P.O. Box  Kingshighway

   __St. Louis Mo. 63110__
   City/County/State/ Zip Code

   __(314) 771-6900__
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location,

2

please provide the following information: __N/A__

(Street Address)          (City/County)          (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

__April 26, 2005__

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____ Yes    Date filed: _____

__✓__ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

__✓__ Yes    Date filed: __May 1, 2005__

____ No

8. Have you received a Notice of Right-to-Sue Letter?

__✓__ Yes                         ____ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

 \_\_\_\_ failure to hire me

 ✓ termination of my employment

 \_\_\_\_ failure to promote me

 \_\_\_\_ failure to accommodate my disability

 \_\_\_\_ terms and conditions of my employment differ from those of similar employees

 \_\_\_\_ retaliation

 \_\_\_\_ harassment

 \_\_\_\_ other conduct (specify): _____

 _____

 _____

 _____

 Did you complain about this same conduct in your charge of discrimination?

 ✓ Yes     \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

 ✓ race

 \_\_\_\_ religion

 \_\_\_\_ national origin

 \_\_\_\_ color

 \_\_\_\_ gender

 \_\_\_\_ disability

4

\_\_\_\_    age (my birth date is: _____ )

\_\_\_\_    other: _____

Did you state the same reason(s) in your charge of discrimination?

✓ Yes    \_\_\_\_ No

12.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

Universal Printing hired me on Sept 13, 2004 along with 2 other white women, I had 15 yrs. experience + the other 2 girls had no experience. They made their 90 day probation + made the union. The company broke my probation 2 times, Then fired me on 4-26-05. This company has a history of racial discrimination, I would like it to not happen again. I do have my witness

5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

    13.    The acts set forth in paragraph 12 of this complaint:

          ✓ are still being committed by the defendant.

          ____ are no longer being committed by the defendant.

          ____ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

"I would like the court to find the defendant guilty. I would like my job back + back pay, plus I would like to sue for pain + suffering. I like to make sure this company will not do this again."

Signed this _____ day of _____, 20___.

_____
Signature of Plaintiff